# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:13 CR 15-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| V | ) | **ORDER** |
| WALTER HENRY STANCIL, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Stephen L. Cash's Application for Admission to Practice *Pro Hac Vice* of L. Allyn Stockton. It appearing that L. Allyn Stockton is a member in good standing with the Georgia State Bar and will be appearing with Stephen L. Cash, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Stephen L. Cash's Application for Admission to Practice *Pro Hac Vice* (#32) of L. Allyn Stockton is **GRANTED**,

and that L. Allyn Stockton is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Stephen L. Cash.

Signed: July 2, 2013

Dennis L. Howell
United States Magistrate Judge